UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LA CRESHA WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-cv-968 |
| | ) | |
| CITY OF MADISON, a municipal | ) | JURY DEMAND |
| corporation, MADISON POLICE | ) | |
| DEPARTMENT, a public entity, | ) | |
| LT. STEVE SHELBY, chief of | ) | |
| Madison Police Department, individually | ) | |
| and in his official capacity, SERGEANT | ) | |
| J.D.HARRIS, individually and in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's motion for voluntary dismissal (Doc. 45) of Count VI of her complaint. For the reasons stated in the motion, the Court considers the dismissal of Count VI proper and GRANTS plaintiff's motion (Doc. 45) and DISMISSES without prejudice Count VI.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2011.

David R. Herndon
2011.06.27
06:38:24 -05'00'

**Chief Judge**
**United States District Court**

Page 1 of 1